**FILED**

NOV 20 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. **1:25 CR  579** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| ROBERT EASLEY, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| Defendant. | ) | |

**JUDGE BOYKO**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about February 5, 2025, in the Northern District of Ohio, Eastern Division, Defendant ROBERT EASLEY, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, Domestic Violence, and Tampering with Evidence, on or about April 13, 2022, in case numbers CR-20-655360-A and CR-20-649994-A; Robbery, Assault, and Attempted Tampering with Evidence, on or about October 25, 2011, in case numbers CR-11-554183-B and CR-11-552163-A; Drug Possession, on or about July 20, 2010, in case number CR-10-537023-B; Trafficking Offenses, on or about August 24, 2009, in case number CR-09-520877-A; and Possession or Trafficking of Counterfeit Controlled Substances, on or about February 24, 2004, in case number CR-04-458696-A, all in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate and foreign commerce a firearm, to-wit: a Ruger, model SR9-C, 9 millimeter semiautomatic pistol, with an obliterated serial number, and 9 millimeter ammunition, said firearm and

ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant ROBERT EASLEY shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.